Stuart D. Kirchick, Esq.
State Bar No.: 144145
LAW OFFICES OF STUART D. KIRCHICK
820 Bay Ave #248
Capitola, California 95010
Ph: 831/464-8340 Facsimile: 831/464-8342

Attorney for: Defendant, CRISTIAN ALVARADO

IN THE U.S. DISTRICT COURT IN AND FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ] | Docket No.: 0971 3:20CR00450-002 EMC |
|---|---|---|
| Plaintiff(s), | ] | SENTENCING MEMORANDUM ON BEHALF OF MR. ALAVARDO |
| v. | ] | Date: June 22, 2022<br>Time: 2:30 p.m., via ZOOM<br>Judge: The Honorable Edward M. Chen, United States District Judge |
| CRISTIAN ALVARADO, | ] | |
| Defendant(s). | ] | |

## SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE AND VARIANCE

Defendant, CRISTIAN ALVARADO, by and through his Attorney, STUART D. KIRCHICK, comes before this Court for sentencing after having pled guilty to Count Two of the Indictment, a charge of possession with intent to distribute 500 grams and more of a mixture and substance containing methamphetamine in violation of 21 USC sec. 841 (a)(1) and (b)(1)(A)(viii).

As indicated in the Presentence Investigation Report ("PSR"), dated June 3, 2022, by the probation officer, the **Total Offense Level** for Mr. ALVARADO is 26 (See PSR ¶ 52.) Given that Mr. ALVARADO has no prior criminal history, his **Total Criminal History Score is zero** which places him in Category I (See PSR ¶ 56.) Mr. ALVARADO's

1

sentencing guideline range is 63- 78 months. Mr. ALVARADO has never even been arrested before.

As set forth in the PSR, Mr. ALARADO's employment and family history reflect a person who works hard and cares for his mother who raised him alone. Further, that Mr. ALVARADO is deeply apologetic for his actions assisting drug dealers with by delivering large quantities of methamphetamine. As he explained to the government during the safety valve meeting, Mr. ALVARADO was losing employment hours due to the pandemic when the opportunity was presented to him to make a thousand dollars or so for a delivery or two. He was arrested for the only illegal work he performed which he deeply regrets.

Attached hereto are character letters attesting to the type of person before the Court for sentencing. A common theme from those who know him, and work with him, is that Mr. ALVARADO is a hard worker who has a heart of gold for others and especially his mother whom he cares for deeply.

## LEGAL STANDARD

In *United States v. Booker*, 543 U.S. 220 (2005), the Supreme Court held that the Sentencing Guidelines are just "one factor among several courts must consider in determining an appropriate sentence." *Kimbrough v. United States*, 552 U.S. 85, 105 (2007). While the Guidelines must serve as the "starting point and the initial benchmark" of this inquiry, the sentencing court "may not presume that the Guidelines range is reasonable." *Gall v. United States*, 552 U.S. 38, 49-50 (2007). The court's central task must be to impose a sentence "sufficient, but not greater than necessary," to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2).

The Court shall consider the following factors when determining a particular sentence:

1) The nature and circumstances of the offense and the history and characteristics of the defendant;

2) The purpose and need for a sentence imposed;

3) The kinds of sentences available;

4) The advisory guideline range;

5) Any policy statements issued by the Sentencing Commission;

6) The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

7) The need to provide restitution to victims of the offense

18 U.S.S.G. § 3553(a).

After these considerations under § 3553(a), as well as other factors unique to the Defendant, including his entire background and character, <u>not</u> just the negative characteristics and negative events reflected in his criminal history, the Court can conclude that a sentence below the advisory guidelines is an appropriate sentence for Mr. ALVARADO. Additionally, not only are the Guidelines not mandatory, the sentencing court is not "to presume that a sentence within the applicable Guideline range is reasonable." *Nelson v. United States*, 555 U.S. 350, 352 (2009).

As stated in the PSR, Mr. ALVARADO had a minimal role in the overarching conspiracy did not cover any extensive period of time. While it is true that the quantity of narcotics he delivered and possessed was large, he was nothing more than a runner for 2-3 days, made no money for doing it, made no decisions about it, and deeply regrets his actions. Mr. ALVARADO has always been employed and works very hard to support he and his mother. The assets he owns, is paper equity in the family residence. Liquid wise, Mr. ALVARADO lives paycheck to paycheck.

Mr. ALVARADO it is recommended in the PSR that a 2-level reduction for his minor role in the offense be considered, many advocate that a courier or mule is deserving of a 4-level reduction for a minimal role to distinguish the guideline calculation for a courier from that of a kingpin (Kevin E. Lerman, *Couriers, Not Kingpins: Toward a More Just Federal Sentencing Regime for Defendants Who Deliver Drugs*, 7 U.C. Irvine L. Rev. 679 (2017). Available at: https://scholarship.law.uci.edu/ucilr/vol7/iss3/8.)

As stated in the Mitigating Role Application Notes of USSG 3B1.2, as amended, subsection (a) or subsection (b), or an intermediate adjustment, is based on the totality of the circumstances and involves a determination that is heavily dependent upon the facts of the particular case.

**In determining whether to apply subsection (a) or (b), or an intermediate adjustment, the court should consider the following non-exhaustive list of factors:**

**(i) the degree to which the defendant understood the scope and structure of the criminal activity;**

**(ii) the degree to which the defendant participated in planning or organizing the criminal activity; and**

**(iii) the degree to which the defendant stood to benefit from the criminal activity.**

4. Minimal Participant. — Subsection (a) applies to a defendant described in Application Note 3(A) who plays a minimal role in the criminal concerted activity. It is intended to cover defendants who are plainly among the least culpable of those involved in the conduct of a group. Under this provision, the defendant's lack of knowledge or understanding of the scope and structure of the enterprise and of the activities of others is indicative of a role as minimal participant.

## IV. CONCLUSION

Mr. ALVARADO is plainly the least culpable of those involved in the conduct of the charged conspiratorial group. It is clear from the evidence, that he has no knowledge or scope

of understanding the breadth of the enterprise for which he briefly assisted. Of the massive amounts of wiretap and other evidence, it is clear that his role was limited to a few days in comparison to the total investigation that occurred well over a year. For the forgoing reasons, it is respectfully requested that this Court, for the reasons contained in this Sentencing Memorandum and Motion for Downward Departure and Variance, the following:

    A. For a downward departure from his Sentencing Guideline range;

    B. For a downward variance from his final Sentencing Guideline range; and

For any other relief that the Court deems equitable and just under the circumstances.

Dated: May 14, 2022         Respectfully Submitted,
LAW OFFICES OF STUART D. KIRCHICK

By: _____
STUART D. KIRCHICK, Esq.
Attorney for Defendant, MR. CRISTIAN ALVARADO

Joshua Lemke
513 Mission Place
Danville Ca. 94526

May 5, 2022

Re: Cristian Alvarado

To : The Honorable Judge Edward M. Chen

I have worked as Cristians Manager for the last five years. I was surprised to hear about Cristians situation but I also understand that good people make mistakes. I am writing this reference letter for Cristian in hopes that the court shows compassion to Cristian in order to prevent somebody with so much potential getting lost in the system.

Cristian works with drive and commitment. He takes direction really well and grows professionally everyday. One thing that sticks out to me about Cristian is his passion for helping others. This is something that is rare in the business world but he thrives on seeing others around him do well. He is a huge part of the store and the lives of the people around him.

Cristian is very aware of the severity of his actions let led up to his case in court. Do to his success in business he has been made aware that he never needs to resort to any lifestyle choices he has made in the past that might jeopardize his future. He is a young man that has all the making for success if given the opportunity.

I too needed a letter similar to this one because of a poor choice I made in my past. I was given the second chance I needed in order to turn my life around for the better. My gratitude for that is enormous. Today I am a success story and proof that second chances are worth giving once and a while. I want that for Cristian as well. He is loving, caring, and a good human being.

I hope the court takes this letter into consideration during his case. Cristian has a lot to offer and I hope he gets the chance to continue on the straight path he is on currently.

Sincerely,

*Joshua Lemke*

Joshua Lemke

Michelle Oceguera
510-600-8945

1st June 2022

Your Honor,

I am writing on behalf of Cristian Alvarado, as I have known and worked with him for over a year now. Throughout the year Cristian has not only been a reliable co-worker, he has also been a personal friend. I am reaching out in regard to the sentencing that Cristian is faced with and I ask if there could be leniency involved, as the actions that Cristian has displayed is not a reflection of who he truly is.

As a single Mother myself, I have seen how supportive Cristian is in regard to his own Mother, and I could only hope that my son possesses the same characteristics. For as long as I've worked at the Dealership, and since interacting with Cristian, it is apparent how important it is to him that he take care of his Mother. Since there is no one else in his Family, other than him, available to care for her, or to support her.

Cristian has strong values and the ability to learn from his past. He has been working hard to steer clear from trouble, and avoid anything that would cause legal ramifications. I know that given the chance he can rectify what he's done wrong and work to become a hardworking member of our society.

Sincerely,

    Michelle Oceguera

**From:** cristianfremontford@gmail.com,
**To:** sdkirchick@aol.com,
**Subject:** Letter
**Date:** Tue, May 31, 2022 2:22 pm

The Honorable Edward Chen,

Hello my name is Sayed Asalati, I am the general sales manager at Fremont Ford and have been the supervising manager to Cristian Alvarado for the past year. During the time we have worked together he has been an extremely reliable employee that I have been truly grateful to develop a personal friendship with as well. Mr. Alvarado confided into me that he is facing some legal troubles. He has taken full accountability and demonstrated a strong desire for self improvement and has been working at pursuing his career goals daily. I have great confidence that Mr. Alvarado will continue to remain on the right path and be a solid upstanding figure in this community. It is my hope that this letter regarding Cristian Alvarado, will act as a positive and contributing factor when the courts consider this matter.

Sincerely,
Sayed Asalati

Sent from my iPhone

Juan Luis Del Real
345 Rayos Del Sol Drive
San Jose, CA, 95116

May 31, 2022

To whom it may concern,

I have had the pleasure of knowing Cristian Alvarado for almost 6 years. Despite the current case, I've always believed Cristian to be a stand out individual with kind, responsible, and hard working traits. I understand the seriousness of this matter but hope that this letter can serve as a reminder of the true character of Cristian Alvarado.

It was 2016 and I had decided to move out of my parents home. I had lived in a small town my whole life and thought it was time for a change. That summer, I moved out to San Jose and was in need of a stable job. At the time I still hadn't made any friends other than the people I lived with. Shortly after securing a position as a car salesman at Momentum Chevrolet I met Cristian Alvarado. He was on the sales team that I was assigned to. He had already been there for a while and knew the business much better than I did. After a week of training with a sales manager, it was time for the real thing. I struggled a lot those first few days and wasn't able to keep the attention of any customer. After multiple rejections, Cristian noticed the difficult time I was going through and took it upon himself to help me out. No one had asked him to come help me. We knew nothing other than our names about each other. Regardless, Cristian saw me failing and decided to help me out at my lowest. That day I went on to make my first car sale and a friend. Cristians car knowledge was immense. He had dedicated his time to become an expert on Chevrolet vehicle product knowledge and was given the proper accolades for it. I went on to shadow him on many of his car deals while I silently learned more about the different models and specs of each vehicle from him. Thanks to him I was able to go on and have a successful year in the car business. Outside of work he was no different. Cristian would go on to introduce me to downtown San Jose, the best restaurants, popular places to visit, and long lasting connections I made with his friends on the way. Only a few months in and I had already felt like a local because of him. What began as a kind act, helped me achieve success in both my work and social life, during my

first few months here. After a year of working with Cristian, I went on to explore a different line of work. Throughout this time we remained friends and would periodically visit one another.

In 2018 I started working as a contractor for a small door company based in Cupertino. The company was growing fast and needed good workers to expand further. This led to Cristian being hired that same year. Together we were assigned to install and maintain automatic door operators for multiple Apple buildings located around Sunnyvale and Cupertino. His commitment and constant hard work had him move up in the company to become a door technician. With that, Cristian was once again assigned to work alongside me with new, more advanced machinery. As 3rd party contractors, we would perform daily maintenance on all automatic doors located at Apple Park headquarters in Cupertino. He continued to work hard and was a quick learner with any new hardware we worked with. We went on to work there for over 2 years and in that time we grew closer as friends.

I pray that the court takes this letter into consideration at the time of the sentencing. Being around Cristian for so long has allowed me to see him for who he really is. Cristian Alvarado is an amazing human being that works hard, helps others in need, and has a heart of gold. I know we'll always remain friends no matter what.

Sincerely,

Juan Luis Del Real

**PROOF OF SERVICE**
*People v. MR. CRISTIAN ALVARADO*
*Case No.:* Docket No.: 0971 3:20CR00450-002 EMC

    I am a citizen of the United States over the age of eighteen years, and not a party to or interested in the within action or cause. I am employee of the Law Offices of Stuart D. Kirchick and my business address is 820 Bay Ave #248, Capitola, California 95010. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office. On this date I caused to be served the following document(s):
**SENTENCING MEMORANDUM**

___   **Mail:** by placing a true copy thereof enclosed in a sealed envelope with the first class postage thereon fully prepaid in the United States Post Office at San Jose, California, addressed as set forth below.

___   **Personal Delivery:** by causing to be hand-delivered, a true copy thereof to the person at the address below.

___   **Federal Express:** by placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a facility regularly maintained by Federal Express, addressed as set forth below.

___   **Facsimile:** by causing a true copy thereof to be telecopied to the part at the facsimile number as set forth below. The facsimile machine I used complied with the Rule 2003(3) and no error was reported by the machine, pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**X**   **Email:** by causing a true copy to be scanned and sent by electronic mail to the below listed email address.

MAILING LIST

**Daniel Pastor**
Assistant United States Attorney
Cell: (415) 308-7998
daniel.pastor@usdoj.gov

Hannah Roberts
U.S. Probation Officer
Northern District of California
Office (510) 637-3613 Mobile (510) 239-1174
Email Hannah_Roberts@canp.uscourts.gov
1301 Clay Street, Suite 220S, Oakland, CA 94612

    I declare under penalty of perjury of the laws of the State of California that all of the foregoing is true and correct. Executed on June 14, 2022, at Capitola, California.

/s/ Stuart D. Kirchick

6